IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR ROYAL, | : | No. 4:19cv1993 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| C.O. BOONE, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this _____ day of January 2024, it is hereby **ORDERED** as follows:

1) Plaintiff's Objections (Doc. 70) to the Report and Recommendation of August 29, 2023 are hereby **OVERRULED**;

2) The Report and Recommendation (Doc. 67) is **ADOPTED**;

3) The defendant's motion for summary judgment (Doc. 45) is **GRANTED**;

4) The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff; and

5) The Clerk of Court is further directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court